Abel Acosta, Clerk
COURT OF CRIMINAL APPEAL
P.O. BOX 12308 Capitol Station
Austin, Texas 78711

75,864-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 31 2015

Abel Acosta, Clerk

August 24, 2015

RE: Guzman Bartholomew Guzman
CCA NO. WR-75,864-03
Trial Court Case NO. 1053411-A

Dear Clerk:
I am writing in regards of the above cause number.
I have been sent back to TDCJ, so I'm sending
you my new address.
    NEW Address : Bartholomew A. Guzman
                  Wynns Unit
                  810 FM 2821
                  Huntsville, Texas 77349

Thank you kindly for your help and concern in this
urgent matter.

                            Sincerely,
                          Bartholomew A. Guzman
                          # 1399983
                          Wynns Unit
                          Huntsville, Texas
                          77349

CC: Appeal file